COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re United Service Automobile Association

Appellate case number:      01-12-00916-CV

Trial court case number:      1057135

Trial court:      11th District Court of Harris County

Relator Unites Service Automobile Association filed a motion for emergency relief asking this court to stay commencement of trial in the underlying cause. We **deny** the motion.

It is so ORDERED.

Judge's signature: <u>/s/ Rebeca Huddle</u>
         ☑ Acting individually     ☐ Acting for the Court

Date: <u>October 4, 2012</u>